UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,

   v.

MARK D. EARL, individually and d/b/a THE BOARDWALK; JANICE GARNETT; and DOES 1 through 10, inclusive,

        Defendants.

NO. CIV. S-04-2571 WBS PAN

<u>ORDER TO SHOW CAUSE</u>

----oo0oo----

        By this court's order of March 16, 2005, this matter was scheduled for a further status conference on July 5, 2005, and the parties were ordered to submit a joint status report by no later than May 31, 2005.  Plaintiff submitted a status report, but defendant neither joined in that report nor submitted a separate report.  At the status conference on July 5, 2005, plaintiff appeared pro se, but defendant's counsel, Joseph Clayton Fraulob of Farrell, Fraulob, & Brown did not appear and did not notify the court of any reason for his failure to appear.

        IT IS HEREBY ORDERED that Mr. Fraulob appear in

1

1  Courtroom 5 of this court on July 11, 2005 at 1:30 p.m. to show
2  cause why sanctions should not be imposed pursuant to Federal
3  Rule of Civil Procedure 16(f)for his failure to file a status
4  report or attend the status conference on July 5, 2005 as ordered
5  and for his failure to respond to telephone inquiries of the
6  court.
7  DATED:  July 5, 2005

*William B. Shubb* (signature)

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE