UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

          Plaintiff,

    v.

MARK D. EARL, individually and d/b/a THE BOARDWALK; JANICE GARNETT; and DOES 1 through 10, inclusive,

          Defendants.

NO. CIV. S-04-2571 WBS PAN

ORDER

----oo0oo----

          The parties were scheduled for a further status conference on July 5, 2005.  (June 3, 2005 Order).  Plaintiff appeared pro se.  Defendants' counsel, Joseph Clayton Fraulob of Farrell, Fraulob, & Brown did not appear and did not notify the court of any reason for his failure to appear.  Further, defendants' counsel did not file a status report and did not respond to telephone inquiries by the court and by plaintiff.  On July 6, 2005, this court ordered defendants' counsel to appear on July 11, 2005 to show cause why he should not be sanctioned for his failure to appear.  Defendants' counsel failed to appear on

1

1  that date as well.
2          Plaintiff, a licensed California attorney, represents
3  himself.  He represented to the court that he spent six hours
4  preparing for and attending the July 5, 2005 status conference.
5  The court finds that time to have been reasonable  The rate he
6  charges other clients is $200 per hour.  The court also finds
7  that rate to be reasonable.
8          Federal Rule of Civil Procedure 16(f) specifically
9  permits a court to award attorney's fees against an attorney who
10 fails to appear at a scheduling or pretrial conference.  Justice
11 demands that plaintiff be compensated here.  Although the court
12 recognizes that pro se litigants are generally not entitled to
13 attorney's fees as a sanction against the other party, this pro
14 se litigant is an attorney who charges other clients $200 per
15 hour.  Six hours of his otherwise billable time were lost because
16 defendants' counsel did not bother to file a status report,
17 appear at the scheduling conference, or respond to telephone
18 inquiries.  Therefore, the court will award plaintiff $1200.
19         IT IS HEREBY ORDERED that, pursuant to Federal Rule of
20 Civil Procedure 16(f), Mr. Fraulob pay plaintiff the sum of
21 $1200.
22 DATED: July 12, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE