UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT JOHNSON,

        Plaintiff,

   v.

MARK D. EARL, et al.,

        Defendants.

NO. CIV. S-04-2571 WBS/PAN

ORDER

----oo0oo----

On July 12, 2005, the court ordered defendants' attorney, Joseph Clayton Fraulob of Farrell, Fraulob & Brown, to pay plaintiff the sum of $1200 as sanctions under Federal Rule of Civil Procedure 16(f) for failure to appear at the status conference on July 5, 2005, for failure to appear at the order to show cause hearing on July 11, 2005, and for failure to file a status report as ordered by the court.  The court is informed that Mr. Fraulob has failed to pay plaintiff that or any other sum to date.

       IT IS THEREFORE ORDERED that unless the sanctions previously ordered have been paid before November 7, 2005, defendants' attorney, Joseph Clayton Fraulob, shall appear

1  personally in Courtroom 5 of this court at 9:00 a.m. on that
2  date to show cause why he should not be adjudged in contempt.
3  DATED: September 23, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2